# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00705-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Devin Matthew Gonzalez, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 9264-C, HONORABLE HOWARD S. WARNER II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Department of Public Safety moves to dismiss this appeal. We grant the motion and dismiss this appeal. All other pending motions are dismissed as moot.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: April 28, 2006